**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Noel v. Oakbend Medical Center

Appellate case number:   01-21-00206-CV

Trial court case number:  19-DCV-265821

Trial court:             458th District Court of Fort Bend County

 

      It is ordered that the motion for rehearing filed by appellant, Brian Duane Noel, is **denied**.

 

 

Judge's signature:   __/s/ Gordon Goodman_____
                Acting for the Court

 

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Date: <u>August 23, 2022</u>